IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEBORAH OWEN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **04-943-GPM** |
| ) | |
| **CITY of FAIRVIEW HEIGHTS, ILLINOIS,** ) | |
| **GIL KLINE, ROGER LOWRY,** ) | |
| **BONNIE CROSSLEY, PAT BAESKE,** ) | |
| **and NORM MILLER,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

**PROUD, Magistrate Judge:**

I hereby **RECUSE** myself from all participation in the above-captioned case. The Clerk of Court is hereby directed to immediately reassign this case to a different U.S. Magistrate Judge.

**IT IS SO ORDERED.**

**DATED: June 10, 2005.**

                                                        **s/ Clifford J. Proud**
                                                        **CLIFFORD J. PROUD**
                                                        **U. S. MAGISTRATE JUDGE**

*****This case is hereby reassigned to United States Magistrate Judge Philip M. Frazier for full pretrial, no dispositive motion.**