IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEBORAH OWEN,** ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 04-943-GPM |
| ) | |
| **FAIRVIEW HEIGHTS IL, GIL KLEIN,** ) | |
| **ROGER LOWRY, BONNIE CROSSLEY,** ) | |
| **PAT BAESKE, and NORM MILLER,** ) | |
| ) | |
| Defendant(s). ) | |

## JUDGMENT

**DECISION BY THE COURT:**

The Court having been advised by counsel for Plaintiff, **DEBORAH OWEN,** and Defendants, **FAIRVIEW HEIGHTS, IL, GIL KLEIN, ROGER LOWRY, BONNIE CROSSLEY, PAT BAESKE, and NORM MILLER,** that this action has been settled in its entirety,

**IT IS ORDERED AND ADJUDGED** that, as all matters have been settled between the parties, this action is **DISMISSED with prejudice** pursuant to Orders filed December 14, 2005 and February 2, 2006, each party to bear their own costs.

Dated:  March 7, 2006

NORBERT G. JAWORKSI, Clerk of Court

By:  s/ Linda M. Cook
     Deputy Clerk

Approved by:

 s/ G. Patrick Murphy
**G. PATRICK MURPHY**
**CHIEF, UNITED STATES DISTRICT JUDGE**